

# REPORT OF DISCIPLINARY HEARING
State Form 39586 (R7/12-15)

**INDIANA DEPARTMENT OF CORRECTION**

| Field | Value |
|---|---|
| Case Number: | MCF-16-05-0408 |
| Date Assigned: | 5-20-16 |
| Name of Offender: | Popplewell, Matthew |
| DOC Number: | 950929 |
| Facility: | MCF |
| Date of Hearing: | 6-7-16 |
| Offense: | Poss./use of cell phone |
| Code Number: | A121 |
| Date of Alleged Offense: | 5-13-16 |
| Plea: | N/G |

**Offender's Comments:** Offender states that the cell phone was not his. Pleads not guilty to A121

Ask for lay advocate, / witness, Pic. of cell phone.

The evidence and/or witness statements that you requested at your screening or were otherwise requested by staff was/were considered. The following evidence was relied on to reach the decision in this hearing:

- [x] Staff Reports
- [x] Statement of Offender
- [ ] Evidence from Witnesses
- [ ] Other: (specifically)
- [x] Physical Evidence: (specifically) Photo of Phone
- [ ] Video Evidence  [ ] Incident Viewable  [ ] Incident Not Viewable

**Decision:** [ ] Dismissed  [x] Guilty  [ ] Not Guilty    **Continuance Requested:** [ ] Yes  [x] No

**Reason for Decision:** DHB finds offender guilty of A111/121 based on conduct report and witness statement from offender.

If finding is guilty, the following sanction(s) is/are hereby Imposed/Recommended:

**NON-GRIEVOUS LOSS**
- [x] Written reprimand specifically: Don't use/poss. cell phone
- [x] Change in work/housing assignment, specifically: ENP / 90 days
- [x] Disciplinary Segregation (less than 15 days) specifically: 5-20-16 to 6-7-16 Time served
- [ ] Extra work duty, specifically:
- [ ] Inter-Facility transfer recommendation, specifically:
- [x] Loss of privileges, specifically: 45 days loss phone (Comm. 6-14-16 to 7-30-16)
- [ ] Restitution, ($200.00 or less) specifically:

**GRIEVOUS LOSS**    **APPROVED**
- [ ] Disciplinary Restrictive Housing, specifically:
- [ ] Restitution, (over $200.00) specifically:
- [x] Recommended earned credit deprivation of 120 days.
- [ ] Recommended credit class (CC) change: retain / demote / promote _____ To CC _____
- [ ] Imposition of Suspended Sanction: Case Number:
- Sanction Imposed:

**Reason for Sanctions Imposed:** [x] Seriousness  [ ] Frequency/Nature  [x] Offender's attitude and demeanor during hearing  [ ] Degree to which violation disrupted/endangered security of facility  [x] Likelihood of sanction having a corrective effect on offender's future behavior

**Effective Date:** 6-7-16   **New PRD:** 3/20/17   **Remaining ECT to Date:** 910

I have been made aware of this disposition/recommendation and my rights to appeal.

**Signature of Offender:** Popplewell

**Name of Member:** _____   **Name of Chairman:** Pats 672   **Name of Member:** _____

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender

Exhibit C