Dear Clerk of the Court:

FILED
05/19/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

5-11-2022

Due to unique circumstances, I was unable to reply to the last order from this court in regards to an appeal I filed for a I.D.O.C. disciplinary. I do not have any of the information such as case #, dates, names. The main reason for this lack of information is due to my incarceration in Lake County Jail, Indiana.

I am looking to pursue the original writ, I just do not know how to proceed without the paperwork/information that I am unable to obtain at this time. My hope is that this letter will be enough to at least re-start the proceedings. I do believe I have passed some deadlines. My arguement would simply be that I have shown diligence throughout. I am still in the custody of I.D.O.C. (parole); it is due to a parole hold that I will not be released; and a favorable outcome will make a difference in my freedom.

If this is sufficient for motion, please forward as such.

Any information you can give me in the above matter would be greatly appreciated

Submitted By: Matthew Popplewell

Date : 5-11-2022

Matthew Popplewell
2293 N. Main St
c/o Lake County Jail
Crown Point, IN 46307